United States District Court
Southern District of Texas
**ENTERED**
November 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY POULLARD, Jr., | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. H-20-454 |
| CASEY HOWARD, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of Judge Sam S. Sheldon signed on October 6, 2021, and made a *de novo* determination. Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that Judge Sheldon's decision denying Rodney Poullard, Jr.'s motion to reopen case is amply supported by substantial evidence in the record and that Judge Sheldon properly applied the legal standards. Poullard's Motion to Reopen Case, Docket Entry No. 17, is denied.

SIGNED on November 1, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge